UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEY DONALD VANTASSEL III, <br> Plaintiff, <br> v. <br> NANCY A. BERRYHILL, <br> Defendant. | Case No. 19-cv-02347-DMR <br><br> **ORDER TO SHOW CAUSE** |

Plaintiff Stanley Donald VanTassel III filed this case on April 30, 2019. Defendant filed an answer on August 19, 2019. According to the Social Security Procedural Order (Docket No. 5), Plaintiff's motion for summary judgment was due on September 16, 2019. As of the date of this order, nothing has been filed. By October 7, 2019, Plaintiff shall file (1) a letter explaining why he did not file his motion on time, and (2) a copy of his proposed motion (although the court ultimately may decide not to accept the late filed motion). If Plaintiff fails to file these two documents by October 7, 2019, his complaint may be dismissed without prejudice for failure to prosecute.

**IT IS SO ORDERED.**

Dated: September 30, 2019



_____
Donna M. Ryu
United States Magistrate Judge